JAMES H. VAN GELDER, Appellant, *v.* PRENTISS W. HALLEN-
BECK, late Sheriff, Respondent.

(Argued June 13, 1882; decided June 20, 1882.)

*Samuel Hand* for appellant.

*James B. Olney* for respondent.

Agree to affirm on opinion below.
All concur.
Order affirmed.

---

WILLIAM H. POPHAM, Respondent, *v.* THE TWENTY-THIRD
STREET RAILWAY COMPANY, et al., Appellants.

(Argued June 13, 1882; decided June 20, 1882.)

*Osborn E. Bright* for appellants.

*D. M. Porter* for respondent.

Agree to affirm. No opinion.
All concur.
Order affirmed

---

MARTIN V. B. SMITH, Respondent, *v.* JOHN MAHON et al.,
Appellants.

(Argued June 13, 1882; decided June 20, 1882.)

*John E. Eustis* for appellants.

*James Armstrong* for respondent.

Agree to dismiss appeal. No opinion.
All concur.
Appeal dismissed.